**AGEE v. THOMASVILLE FURNITURE PRODUCTS**

[342 N.C. 641 (1996)]

JOHN PAUL AGEE, Employee v. THOMASVILLE FURNITURE PRODUCTS, Employer, and LIBERTY MUTUAL INSURANCE CO., Carrier

No. 240A95

(Filed 9 February 1996)

Appeal by plaintiff pursuant to N.C.G.S. § 7A-30(2) from a decision of a divided panel of the Court of Appeals, 119 N.C. App. 77, 457 S.E.2d 886 (1995), affirming an opinion and award of the North Carolina Industrial Commission, entered 18 May 1994. Calendared for argument in the Supreme Court 12 December 1995; determined on the briefs without oral argument.

*Donaldson & Horsley, P.A., by Kathleen G. Sumner, for plaintiff-appellant.*

*Brinkley, Walser, McGirt, Miller, Smith & Coles, by G. Thompson Miller, for defendant-appellees.*

PER CURIAM.

AFFIRMED.